IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO RAMIREZ RINCON,

      Petitioner,                    No. CIV S-12-0720 EFB P

   vs.

MATT MULLIN, Warden,

      Respondent.            <u>ORDER</u>

                            /

       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

       Petitioner challenges a conviction in the Merced County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d). The court will not rule on petitioner's application for leave to proceed *in forma pauperis*.

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

       2. The Clerk of Court shall assign a new case number.

////

////

1

1  3. All future filings shall bear the new case number and shall be filed at:

   United States District Court
   Eastern District of California
   2500 Tulare Street
   Fresno, CA 93721

DATED: April 4, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE