IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDUARDO RAMIREZ RINCON,**<br><br>Petitioner,<br><br>v.<br><br>**MATT MULLIN, Warden,**<br><br>Respondent. | 1:12-cv-00515 MJS HC<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>**(Doc. 24)** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 13, 2013, the undersigned denied the petition on the merits. On March 14, 2014, Petitioner filed a motion for reconsideration of the denial of the petition. As the Court has already ruled on the merits of the petition, it shall construe the filing as a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial

1

under Rule 59(b);
(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
(4) the judgment is void;
(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
(6) any other reason that justifies relief.

Petitioner does not set forth any arguments or evidence not already been considered by this Court. Petitioner argues that he was unable to timely respond to the denial of the petition because he was without his personal property until October 8, 2013. Besides explaining his delay in filing the present motion, Petitioner presents no reasons why the Court should question the judgment.

As Petitioner does not present any arguments as to why the petition should be granted, the motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   March 17, 2014             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE